Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Peter Ellsworth Stiles

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| PETER ELLSWORTH STILES, | Case No.: 2:19-cv-02246-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for extension to file his Motion for Summary Judgment and/or Remand. The additional time is requested as Plaintiff intends on raising several fact-intensive issues in this case, and the certified administrative record is in excess of 2,000 pages. This, combined with an unusually busy briefing schedule, has resulted in the need for this request; Plaintiff will endeavor to submit his brief in advance of the extended deadline, but based on the forgoing respectfully requests an extension in order to ensure that the issues are fully and concisely presented to the Court.

Extension of Time Stipulation, (Case 2:19-cv-02246-EFB)

Plaintiff's Brief is currently due by March 2, 2020. Plaintiff respectfully requests that this Court grant a 30 day extension to file his Motion for Summary Judgment and Supporting Brief until April 1, 2020.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

February 25, 2020  /s/ Meghan O. Lambert
DATED  MEGHAN O. LAMBERT, ESQUIRE
Attorney for Plaintiff, Peter Ellsworth Stiles

February 25, 2020  /s/Deborah Lee Stachel
DATED  United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:  /s/  Asim Modi
(*as authorized by email on 2/24/2020)
ASIM MODI, ESQUIRE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 26, 2020.

Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE